

# Supreme Court
STATE OF LOUISIANA
New Orleans

**CHIEF JUSTICE**
JOHN L. WEIMER — Sixth District

**JUSTICES**
WILLIAM J. CRAIN — First District
SCOTT J. CRICHTON — Second District
JAMES T. GENOVESE — Third District
JAY B. MCCALLUM — Fourth District
JEFFERSON D. HUGHES III — Fifth District
PIPER D. GRIFFIN — Seventh District

VERONICA O. KOCLANES
CLERK OF COURT

400 Royal St., Suite 4200
NEW ORLEANS, LA 70130-8102

TELEPHONE (504) 310-2300
HOME PAGE http://www.lasc.org

January 27, 2022

Hon. Scott S. Harris
Clerk, U.S. Supreme Court
Office of the Clerk
1 First Street, NE
Washington, D.C. 20543

22-mc-6

**RECEIVED**
JAN 3 1 2022
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

Re:   *In Re: Sonya E. Hall*
      Louisiana Bar Roll no. 25323
      La. Supreme Court docket no. 2021-B-01389

Dear Mr. Harris:

Enclosed please find a copy of the Affidavit filed by the above-named attorney, and a copy of the Certificate filed by the Louisiana Attorney Disciplinary Board verifying that Ms. Hall has shown compliance with all the requirements for reinstatement pursuant to Rule XIX, Sec. 23 of the Rules of this Court. Ms. Hall has satisfied her requirements for reinstatement to the practice of law in Louisiana, effective **January 24, 2022**.

With kindest regards, I remain,

Very truly yours,

Veronica O. Koclanes
Clerk of Court

By: *[signature]*
Theresa McCarthy
Deputy Clerk

TM:pal
Enclosure
ccs:   Hon. Lyle W. Cayce, Clerk,
       U.S. Court of Appeals, Fifth Circuit
       Hon. William W. Blevins, USDC, Eastern District
       Hon. Michael McConnell, Clerk, USDC, Middle District
       Hon. Tony R. Moore, USDC, Western Dist.
       Charles B. Plattsmier, Disciplinary Counsel
       Michelle LaRose, Director of Finance, LSBA
       Donna Roberts, Administrator, Disciplinary Board
       U.S. Surface Transportation Board
       Regional Director, IRS
       Sandra Vujnovich, Judicial Administrator
       Scott T. Morris, Off. of General Counsel, Social Security Administration
       Cynthia Cotton, Notarial Division, Secretary of State
       Sheral Kellar, Asst. Secretary, Off. of Wrkrs. Comp. Admin.

       Hon. Rodd Naquin
       Clerk, 1st Circuit Ct. Of Appeal
       Hon. Robin Norman Jones
       Clerk, 2nd Circuit Ct. Of Appeal
       Hon. Renee Simien
       Clerk, 3rd Circuit Ct. Of Appeal
       Hon. Justin I. Woods
       Clerk, 4th Circuit Ct. Of Appeal
       Hon. Curtis Pursell
       Clerk, 5th Circuit Ct. Of Appeal

## SUPREMEME COURT OF LOUISIANA

### IN RE: CONFIDENTIAL PARTY

### DOCKET NO. 2021-B-1389

ORIGINAL

*********************************************************************
**RULE19 SECTION 23 AFFIDAVIT**
*********************************************************************

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

21  B  1389

BEFORE ME, the undersigned authority duly commissioned and qualified in and for the above state and parish personally came and appeared:

SONYA E. HALL

who after being duly sworn did depose and state: she was suspended from the practice of law for a period of one year and one day with all but 30 days suspended by order of the Louisiana Supreme Court dated December 20, 2021 and that she has served her period of active suspension, has fully complied with the requirements of the suspension ordre has filed the attorney registration statement as required by Rule XIX 8 © of the rules has paid currently due bar dues, disciplinary administration and enforcement fees, filing fees and disciplinary costs. A certificate from the Administrator of the Disciplinary Board is attached.

_____
SONYA E. HALL

SEVERALLY SWORN this 2/ day of Janurary, 2022 at Baton Rouge, Louisiana.

DELIVERED BY HAND

SUPREME COURT OF LOUISIANA
Filed
JAN 24 2022
Clerk

_____
NOTARY PUBLIC
NAME: Sidney W. Hall
LSBA #: (illegible)
COMMISSIONED FOR LIFE

The Louisiana Attorney Disciplinary Board

IN RE: SONYA ELOYACE HALL

Docket No: 21-CD-028

Supreme Court No.: 2021-B-1389

# CERTIFICATE

I, Donna L. Roberts, Administrator for the Louisiana Attorney Disciplinary Board, do hereby certify that the costs associated with disciplinary proceedings referenced above, namely: filing fees to the Louisiana Supreme Court in the amount of **$327.00**; bar dues ($200.00) and disciplinary assessment ($235.00) fees all have been paid in accordance with Rule XIX, §23. The disciplinary costs in the amount of **$804.47** are due and payable to the Louisiana Attorney Disciplinary Board by the written, signed promissory note agreement of Respondent executed on **JANUARY 19, 2022** and attached to this certificate.

Metairie, Louisiana this 20th day of **JANUARY, 2022**.

_____

Donna L. Roberts
Board Administrator

DELIVERED BY HAND

SUPREME COURT OF LOUISIANA
Filed
JAN 24 2022
Clerk